**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**ANTHONY MALLOY ALEXANDER,**

        **Plaintiff,**       **21-CV-4839 (AT) (SN)**

    -against-          **ORDER FOR SERVICE**

**MS. EVANS, et al.,**

        **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  Plaintiff is proceeding in this action *pro se* and *in forma pauperis* (IFP), pursuant to this Court's order. See ECF No. 9. Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

  To allow Plaintiff, proceeding pro se, to effect service on Defendants "Ms. Evans," "Mr. Button," "Ms. Cooper," the Director of the New York Department of Homeless Services, the City of New York Department of Homeless Services, the Director of the New York City Department of Finance Correspondence Unit through the U.S. Marshals Service, the Clerk of the Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The service address for these defendants is listed in Plaintiff's Amended Complaint. See ECF No. 5. The Clerk of Court is further instructed to issue

amended summons for each defendant and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

If Plaintiff does not wish to use the Marshals Service to effect service, Plaintiff must notify the Court in writing within thirty days of the date of this Order and request that summonses be issued directly to him. It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so. The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff, together with an information package.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 19, 2021
         New York, New York