UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTHONY ALEXANDER MALLOY,

                      Plaintiff,

     -against-

MS. EVANS, et al.,

                    Defendants.

-------------------------------------------------------------X

21-CV-04839 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2021

**SARAH NETBURN, United States Magistrate Judge:**

    Per Plaintiff's request, the Court has requested a copy of the file for <u>Malloy v. Stern</u>, which is archived in the Federal Records Center. If the Court can obtain a copy of the documents Plaintiff seeks, it will mail them to him. However, the Court cannot guarantee that the records – which are nearly 20 years old – will be easily located. Regardless of whether the Court can obtain the documents, Plaintiff should be prepared to file his opposition to any motion to dismiss by January 31, 2022.

    The Court is also in possession of Plaintiff's letter requesting that the U.S. Marshals escort him out of New York City. The Court cannot provide that service.

    The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     New York, New York
                December 2, 2021