UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTHONY ALEXANDER MALLOY,

                              **Plaintiff,**                    21-CV-04839 (AT)(SN)

            -against-                                      <u>**ORDER**</u>

TAMIKA EVERSON, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 10, 2021, defendants Tamika Everson, Paul Budden, and Selena Cooper moved to dismiss Plaintiff's complaint. ECF No. 43. On December 15, 2021, the City defendants also filed a motion to dismiss Plaintiff's complaint. ECF No. 51. The Court had previously set two separate briefing schedules for Plaintiff's opposition and Defendant's reply. ECF Nos. 23 & 34. To promote judicial economy, Plaintiff shall file a single memorandum of law opposing both Motions to Dismiss by January 31, 2022. Plaintiff's brief shall not exceed 25 pages. Defendants' replies, if any, shall be filed by March 2, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                      United States Magistrate Judge

DATED:      New York, New York
                 December 16, 2021