UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY ALEXANDER MALLOY,

                      Plaintiff,            21-CV-04839 (AT)(SN)

     -against-                            **ORDER**

MS. EVANS, et al.,

                      Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     A complaint dated February 27, 2022, and received by the Court on March 2, 2022, was filed in this action and designated as a Second Amended Complaint. ECF No. 68. However, the complaint describes separate incidents than those addressed in Plaintiff's original complaint, and so should be filed in a new civil action. The Clerk of Court is directed to strike the Second Amended Complaint at ECF No. 68, reverse any actions taken with respect to parties as a result of that improper filing, and file the complaint in a new action. The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:    New York, New York
               March 9, 2022