UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ANTHONY ALEXANDER MALLOY,

                        Plaintiff,                        21 **CIVIL** 4839 (AT)(SN)

-against-                                  **<u>JUDGMENT</u>**

THE CITY OF NEW YORK DEPARTMENT OF
HOMELESS SERVICES, MS. EVANS, SUPERVISOR,
MR. BUTTON, SUPERVISOR, MS. COOPER,
DIRECTOR,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2022, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
           September 14, 2022

                                                                      **RUBY J. KRAJICK**

                                                                       **Clerk of Court**
                                   **BY:**

                                                                       **Deputy Clerk**